UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:10CV0019 JCH |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Report and Recommendation entered November 5, 2010, and the Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 22nd day of November, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE